IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JULIE DERMANSKY,

    Plaintiff,

v.

THE YOUNG TURKS, INC.,

    Defendant.

C.A. No.   22-345-CFC

**DECLARATION OF BRADLEY J. MULLINS IN SUPPORT OF DEFENDANT THE YOUNG TURKS, INC.'S MOTION TO PARTIALLY DISMISS AND TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

I, BRADLEY J. MULLINS, declare as follows:

1. I am a Partner through my professional corporation at Mitchell Silberberg & Knupp, LLP ("MSK") counsel of record for Defendant The Young Turks, Inc. ("TYT") in the above-captioned matter. Unless otherwise indicated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Westlaw's Dockets' online legal research tool can be used to search for cases that have been filed in federal courts. Westlaw Dockets is available at the following URL: https://1.next.westlaw.com/Browse/Home/Dockets?transitionType=Default&contextData=(sc.Default).

3. Westlaw Dockets' "Advanced" search feature allows users to search for federal cases based on the party's name and nature of suit. Using that feature, I had my staff conduct a search for cases where a plaintiff was the Plaintiff in this case, Julie Dermansky ("Plaintiff"). The results show that Dermansky has filed at least 48 copyright infringement lawsuits throughout the country.

1

4.	Attached hereto as Exhibit 1 is a true and correct copy of a printout of the results from running a search using Westlaw Dockets' "Advanced" search feature. The search criteria used to generate these results are reflected on the first page of Exhibit 1.

5.	The following cases reflected in the search results attached as Exhibit 1 were filed in the Central District of California:

- Dermansky v. Penske Media Corp. et al, Case No. 2:21-CV-02838 (C.D. Cal.)
- Dermansky v. Vice Media, LLC et al, Case No. 2:20-CV-091114 (C.D. Cal.)
- Dermansky v. Blavity, Inc. et al, Case No. 2:20-CV-08458 (C.D. Cal.)

6.	Plaintiff does not appear to have ever previously filed any lawsuits in Delaware, or have had any other meaningful contacts with Delaware.

7.	On Monday, May 2, 2022 counsel for the parties held a meet and confer via telephone. Delaware counsel for both parties participated. During that conference, counsel for Plaintiff did not offer any reason for Delaware as the proper venue.

8.	TYT's long-term counsel, MSK, is based in Los Angeles California and has attorneys admitted in the Central District of California.

9.	MSK does not have an office in Delaware.

10.	Attached hereto as Exhibit 2 are true and correct excerpts from the Federal Court Management Statistics as of December 31, 2021, a copy of which was downloaded on May 13, 2022 from the following website URL: https://www.uscourts.gov/statistics-reports/federal-court-management-statistics-december-2021.

11.	According to the California Secretary of State filing, a true and correct copy of which is attached hereto as Exhibit 3, YouTube, LLC has its principal place of business in San Bruno, California.

12.	Desmog Blog appears to be located in Seattle, Washington, according to the 'Contact' page of its website, located at the URL: https://www.desmog.com/contact/.

2

13. Josh Fox appears to be based out of Brooklyn, New York, according to his website, located at the URL https://www.joshfoxfilm.com/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2022 in West Hollywood, California.

_____
Bradley J. Mullins