# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:22−cv−00345−GBW

Dermansky v. The Young Turks, Inc.
Assigned to: Judge Gregory B. Williams
Cause: 17:101 Copyright Infringement

Date Filed: 03/17/2022
Date Terminated: 07/20/2023
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Julie Dermansky**     represented by    **David E. Wilks**
Wilks Law, LLC
4250 Lancaster Pike
Suite 200
Wilmington, DE 19805
302−225−0858
Fax: 302−225−0851
Email: dwilks@wilks.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Blake Katz**
Email: akatz@leichtmanlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda Inglesh**
Email: ainglesh@leichtmanlaw.com
*TERMINATED: 08/23/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Leichtman**
Pro Hac Vice
Email: dleichtman@leichtmanlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sahar Akhavan**
Email: sakhavan@leichtmanlaw.com
*TERMINATED: 06/09/2022*
*PRO HAC VICE*

**Shane Wax**
Email: swax@leichtmanlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **The Young Turks, Inc.** | represented by | **Kevin Scott Mann** <br> Cross & Simon, LLC <br> 1105 North Market Street, Suite 901 <br> Wilmington, DE 19801 <br> (302)777−4200 <br> Fax: (302) 777−4224 <br> Email: kmann@crosslaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Alexandra Anfuso** <br> Email: ala@msk.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Bradley J. Mullins** <br> Email: bym@msk.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Chad Michael Shandler** <br> Richards, Layton & Finger, PA <br> One Rodney Square <br> Suite 600 <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 658−6541 <br> Email: shandler@rlf.com <br> *TERMINATED: 12/01/2022* <br> *ATTORNEY TO BE NOTICED* |
| | | **Nicole Kathleen Pedi** <br> Richards, Layton & Finger, PA <br> One Rodney Square <br> Suite 600 <br> 920 N. King Street <br> Wilmington, DE 19801 <br> 302−651−7844 <br> Fax: 302−498−7701 <br> Email: pedi@rlf.com <br> *TERMINATED: 12/01/2022* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2022 | Ï 1 | COMPLAINT filed with Jury Demand against The Young Turks, Inc. − Magistrate Consent Notice to Pltf. ( Filing fee $ 402, receipt number ADEDC−3827262.) − filed by Julie Dermansky. (Attachments: # 1 Exhibit A−D, # 2 Exhibit E−H, # 3 Exhibit I−L, # 4 Exhibit M−N, # 5 Civil Cover Sheet)(mpb) (Entered: 03/18/2022) |
| 03/17/2022 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (mpb) (Entered: 03/18/2022) |

| | | |
|---|---|---|
| 03/17/2022 | Ï | No Summons Issued. (mpb) (Entered: 03/18/2022) |
| 03/22/2022 | Ï 3 | WAIVER OF SERVICE returned executed by Julie Dermansky: For The Young Turks, Inc. waiver sent on 3/17/2022, answer due 5/16/2022. (Wilks, David) (Entered: 03/22/2022) |
| 03/22/2022 | Ï 4 | Report to the Register of Copyrights for Copyright Number(s)VA 2–036–366; VA 2–215–401; VA 2–118–791; VA 2–201–873; . (Wilks, David) (Entered: 03/22/2022) |
| 03/23/2022 | Ï 5 | MOTION for Pro Hac Vice Appearance of Attorney David Leichtman, Esquire – filed by Julie Dermansky. (Wilks, David) (Entered: 03/23/2022) |
| 03/23/2022 | Ï 6 | MOTION for Pro Hac Vice Appearance of Attorney Sahar Akhavan, Esquire – filed by Julie Dermansky. (Wilks, David) (Entered: 03/23/2022) |
| 03/23/2022 | Ï | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 03/23/2022) |
| 03/25/2022 | Ï | SO ORDERED, re 6 MOTION for Pro Hac Vice Appearance of Attorney Sahar Akhavan, Esquire filed by Julie Dermansky, 5 MOTION for Pro Hac Vice Appearance of Attorney David Leichtman, Esquire filed by Julie Dermansky. Signed by Judge Colm F. Connolly on 3/25/2022. (nmf) (Entered: 03/25/2022) |
| 03/28/2022 | Ï | Pro Hac Vice Attorney Sahar Akhavan and David Leichtman for Julie Dermansky added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 03/28/2022) |
| 04/22/2022 | Ï 7 | NOTICE of Appearance by Chad Michael Shandler on behalf of The Young Turks, Inc. (Shandler, Chad) (Entered: 04/22/2022) |
| 04/22/2022 | Ï 8 | NOTICE of Appearance by Nicole Kathleen Pedi on behalf of The Young Turks, Inc. (Pedi, Nicole) (Entered: 04/22/2022) |
| 04/22/2022 | Ï 9 | MOTION for Pro Hac Vice Appearance of Attorney Bradley Mullins and Alexandra Anfuso – filed by The Young Turks, Inc.. (Pedi, Nicole) (Entered: 04/22/2022) |
| 04/22/2022 | Ï | SO ORDERED, re 9 MOTION for Pro Hac Vice Appearance of Attorney Bradley Mullins and Alexandra Anfuso, filed by The Young Turks, Inc. Ordered by Judge Colm F. Connolly on 4/22/2022. (kmd) (Entered: 04/22/2022) |
| 04/22/2022 | Ï | Pro Hac Vice Attorney Bradley J. Mullins and Alexandra Anfuso for The Young Turks, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 04/22/2022) |
| 05/16/2022 | Ï 10 | MOTION to Dismiss for Failure to State a Claim *(Partial) and to Transfer"* – filed by The Young Turks, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Rule 7.1.1 Certification)(Shandler, Chad) (Entered: 05/16/2022) |
| 05/16/2022 | Ï 11 | OPENING BRIEF in Support re 10 MOTION to Dismiss for Failure to State a Claim *(Partial) and to Transfer"* filed by The Young Turks, Inc..Answering Brief/Response due date per Local Rules is 5/31/2022. (Shandler, Chad) (Entered: 05/16/2022) |
| 05/16/2022 | Ï 12 | DECLARATION re 10 MOTION to Dismiss for Failure to State a Claim *(Partial) and to Transfer" "Declaration of Bradley J. Mullins"* by The Young Turks, Inc.. (Attachments: # 1 Exhibit 1−3)(Shandler, Chad) (Entered: 05/16/2022) |
| 05/16/2022 | Ï 13 | DECLARATION re 10 MOTION to Dismiss for Failure to State a Claim *(Partial) and to Transfer" "Declaration of David Koller"* by The Young Turks, Inc.. (Shandler, Chad) (Entered: 05/16/2022) |
| 05/16/2022 | Ï 14 | |

| | | |
|---|---|---|
| | | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by The Young Turks, Inc.. (Pedi, Nicole) (Entered: 05/16/2022) |
| 05/25/2022 | 15 | MOTION for Pro Hac Vice Appearance of Attorney Amanda Inglesh − filed by Julie Dermansky. (Wilks, David) (Entered: 05/25/2022) |
| 05/25/2022 | 16 | MOTION for Pro Hac Vice Appearance of Attorney Alexander Blake Katz − filed by Julie Dermansky. (Wilks, David) (Entered: 05/25/2022) |
| 05/25/2022 | | SO ORDERED, re MOTIONS for Pro Hac Vice Appearance of Attorneys 16 Alexander Blake Katz and 15 Amanda Inglesh, filed by Julie Dermansky. Ordered by Judge Colm F. Connolly on 5/25/2022. (kmd) (Entered: 05/25/2022) |
| 05/25/2022 | 17 | STIPULATION TO EXTEND TIME for Plaintiff to file answering brief in opposition to Defendant's Motion to Dismiss and Transfer and for Defendant to file reply brief in further support of Motion to Dismiss and Transfer to June 7, 2022 and June 21, 2022 − filed by The Young Turks, Inc.. (Pedi, Nicole) (Entered: 05/25/2022) |
| 05/26/2022 | | Pro Hac Vice Attorney Amanda Inglesh and Alexander Blake Katz for Julie Dermansky added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 05/26/2022) |
| 05/26/2022 | 18 | SO ORDERED, re 17 STIPULATION TO EXTEND TIME for Plaintiff to file answering brief in opposition to Defendant's Motion to Dismiss and Transfer and for Defendant to file reply brief in further support of Motion to Dismiss and Transfer to June 7, 2022 and June 21, 2022, filed by The Young Turks, Inc. Re−Set Briefing Schedule: re 10 MOTION to Dismiss for Failure to State a Claim *(Partial) and to Transfer*. Answering Brief due 6/7/2022., Reply Brief due 6/21/2022. Signed by Judge Colm F. Connolly on 5/26/2022. (kmd) (Entered: 05/26/2022) |
| 06/07/2022 | 19 | ANSWERING BRIEF in Opposition re 10 MOTION to Dismiss for Failure to State a Claim *(Partial) and to Transfer"* filed by Julie Dermansky.Reply Brief due date per Local Rules is 6/14/2022. (Wilks, David) (Entered: 06/07/2022) |
| 06/07/2022 | 20 | DECLARATION re 19 Answering Brief in Opposition *Declaration of Julie Dermansky* by Julie Dermansky. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Wilks, David) (Entered: 06/07/2022) |
| 06/07/2022 | 21 | DECLARATION re 19 Answering Brief in Opposition *Declaration of Amanda Inglesh* by Julie Dermansky. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Wilks, David) (Entered: 06/07/2022) |
| 06/09/2022 | 22 | NOTICE of Withdrawal of Pro Hac Vice Counsel, Sahar Akhavan by Julie Dermansky (Wilks, David) (Entered: 06/09/2022) |
| 06/21/2022 | 23 | REPLY BRIEF re 10 MOTION to Dismiss for Failure to State a Claim *(Partial) and to Transfer"* filed by The Young Turks, Inc.. (Shandler, Chad) (Entered: 06/21/2022) |
| 08/23/2022 | 24 | NOTICE of Withdrawal of Pro Hac Vice Counsel, Amanda Inglesh by Julie Dermansky (Wilks, David) (Entered: 08/23/2022) |
| 09/07/2022 | | Case Reassigned to Judge Gregory B Williams. Please include the initials of the Judge (GBW) after the case number on all documents filed. (nmg) (Entered: 09/07/2022) |
| 10/25/2022 | 25 | ORAL ORDER IT IS HEREBY ORDERED that, not later than thirty (30) days from the date of this Order, the parties shall meet and confer and file a joint proposed Scheduling Order in this action consistent with the applicable form Scheduling Order of Judge Williams, which is posted at http://www/ded/uscourts.gov (see Chambers, Judge Williams, Forms), along with a cover letter requesting the Court to enter the joint proposed Scheduling Order (if there are no disputes or other |

| | | |
|---|---|---|
| | | issues concerning scheduling that the Court needs to address) or to schedule the Scheduling Conference. If there are disputes or other issues the Court needs to address in the joint proposed Scheduling Order, in the cover letter, the parties shall direct the Court to the paragraph numbers in the joint proposed Scheduling Order which those appear. ORDERED by Judge Gregory B. Williams on 10/25/22. (ntl) (Entered: 10/25/2022) |
| 11/28/2022 | 26 | Letter to The Honorable Gregory B. Williams from David E. Wilks regarding request for Scheduling Conference. (Attachments: # 1 Proposed Scheduling Order)(Wilks, David) (Entered: 11/28/2022) |
| 11/30/2022 | 27 | STIPULATION and [Proposed] Order of Substitution of Counsel by The Young Turks, Inc.. (Mann, Kevin) (Entered: 11/30/2022) |
| 12/01/2022 | Ï | SO ORDERED, re 27 STIPULATION and [Proposed] Order of Substitution of Counsel for The Young Turks, Inc. –– Attorney Kevin Scott Mann for The Young Turks, Inc. added. Attorney Nicole Kathleen Pedi and Chad Michael Shandler terminated. Signed by Judge Gregory B. Williams on 12/1/22. (ntl) (Entered: 12/01/2022) |
| 12/07/2022 | 28 | NOTICE of Change of Address by David E. Wilks (Wilks, David) (Entered: 12/07/2022) |
| 04/14/2023 | 29 | Letter to The Honorable Gregory B. Williams from David E. Wilks regarding request for Scheduling Conference – re 26 Letter. (Wilks, David) (Entered: 04/14/2023) |
| 04/17/2023 | 30 | ORAL ORDER: IT IS HEREBY ORDERED that, not later than ten (10) days from the date of this Order, the parties shall meet and confer and file an updated version of the joint proposed Scheduling Order (see D.I. 26, Ex. 1) consistent with the applicable form Scheduling Order of Judge Williams, which is posted at http://www/ded/uscourts.gov (See Chambers, Judge Williams, Forms, Patent Non–ANDA) along with a cover letter requesting the Court to enter the joint proposed Scheduling Order (if there are no disputes or other issues concerning scheduling that the Court needs to address). If there are disputes or other issues the Court needs to address in the joint proposed Scheduling Order, the parties file a cover letter directing the Court to the paragraph numbers in the joint proposed Scheduling Order which those appear. IT IS FURTHER ORDERED that a telephonic Scheduling Conference is scheduled for Friday, May 5, 2023, beginning at 11:00 a.m. The parties shall arrange for the teleconference and shall provide chambers with the call–in information. The Court reserves the right to resolve any disputes between the parties based on their respective submissions and cancel the Friday, May 5, 2023 Scheduling Conference. ORDERED by Judge Gregory B. Williams on 4/17/23. (ntl) (Entered: 04/17/2023) |
| 04/25/2023 | 31 | MOTION for Pro Hac Vice Appearance of Attorney Shane Wax – filed by Julie Dermansky. (Wilks, David) (Entered: 04/25/2023) |
| 04/27/2023 | Ï | SO ORDERED, re 31 MOTION for Pro Hac Vice Appearance of Attorney Shane Wax filed by Julie Dermansky. Signed by Judge Gregory B. Williams on 4/27/23. (ntl) (Entered: 04/27/2023) |
| 04/27/2023 | Ï | Pro Hac Vice Attorney Shane Wax for Julie Dermansky added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 04/27/2023) |
| 04/27/2023 | 32 | Letter to The Honorable Gregory B. Williams from David E. Wilks regarding request for Scheduling Conference. (Attachments: # 1 Proposed Scheduling Order)(Wilks, David) (Entered: 04/27/2023) |
| 05/03/2023 | 33 | ORAL ORDER: Having reviewed the parties' proposed Scheduling Order and accompanying letter identifying the paragraphs in dispute (D.I. 32), IT IS HEREBY ORDERED that the Court will adopt Defendant's proposals as to para. 2, para. 3(a), para. 3(b), para. 3(f)(i), para. 3(iii) and para. 9(a). As such, the parties are directed to file a new Scheduling Order incorporating Defendant's proposals by no later than Monday, May 8, 2023. Following the Court's resolution of Defendant's |

| | | |
|---|---|---|
| | | pending Motion to Dismiss and Transfer (D.I. 10), the Court will, if necessary, direct the parties to file an amended Scheduling Order proposing dates for the pretrial conference and trial. See D.I. 32 para. 12, 14. IT IS FURTHER ORDERED that the Scheduling Conference scheduled for Friday, May 5, 2023 at 11:00 a.m. is CANCELLED. ORDERED by Judge Gregory B. Williams on 5/3/23. (ntl) (Entered: 05/03/2023) |
| 05/08/2023 | 34 | PROPOSED ORDER – [Proposed] Scheduling Order by The Young Turks, Inc.. (Mann, Kevin) (Entered: 05/08/2023) |
| 05/11/2023 | 35 | NOTICE of Supplemental Authority Regarding Defendant's Motion to Partially Dismiss Plaintiff's Complaint and to Transfer Venue by The Young Turks, Inc. re 11 Opening Brief in Support, 23 Reply Brief (Attachments: # 1 Exhibit A)(Mann, Kevin) (Entered: 05/11/2023) |
| 05/16/2023 | 36 | Letter to The Honorable Gregory B. Williams from David E. Wilks regarding Response to Defendant's Notice of Supplemental Authority and Defendant's Reply Brief filed June 21, 2022 – re 35 Notice (Other), 23 Reply Brief. (Wilks, David) (Entered: 05/16/2023) |
| 05/19/2023 | 37 | SCHEDULING ORDER: All scheduling order dates are subject to the date of the Court's decision on the pending motion to partially dismiss and transfer (D.I. 10). The pretrial conference and trial dates will be determined at a later time. Signed by Judge Gregory B. Williams on 5/19/23. (ntl) (Entered: 05/19/2023) |
| 05/24/2023 | 38 | Letter to The Honorable Gregory B. Williams from Kevin S. Mann, Esq. regarding Response to Plaintiff's Letter dated 5/16/2023 – re 36 Letter,. (Mann, Kevin) (Entered: 05/24/2023) |
| 06/12/2023 | 39 | NOTICE OF SERVICE of Plaintiff Julie Dermanskys Initial Disclosures Pursuant To Fed. R. Civ. P. 26(a)(1) filed by Julie Dermansky.(Wilks, David) (Entered: 06/12/2023) |
| 06/13/2023 | 40 | NOTICE OF SERVICE of Defendant's Initial Disclosures filed by The Young Turks, Inc..(Mann, Kevin) (Entered: 06/13/2023) |
| 07/05/2023 | 41 | MEMORANDUM ORDER re 10 MOTION to Dismiss (Partial) and to Transfer filed by The Young Turks, Inc. is GRANTED–IN–PART and DENIED–IN–PART. Signed by Judge Gregory B. Williams on 7/5/23. (ntl) (Entered: 07/05/2023) |
| 07/20/2023 | | Case electronically transferred to the Central District of California. (ntl) (Entered: 07/20/2023) |