1  BRADLEY J. MULLINS (SBN 274219)
     bym@msk.com
2  ALEXANDRA ANFUSO (SBN 333440)
     ala@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
4  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendant
   The Young Turks, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| JULIE DERMANSKY, | CASE NO. 2:23-cv-05868-SB-SK |
|---|---|
| Plaintiff, | Hon. Stanley Blumenfeld, Jr. |
| v. | **JOINT STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE, AND TO SET A BRIEFING SCHEDULE** |
| THE YOUNG TURKS, INC., | |
| Defendant. | |
| | Courtroom:  6C (350 W. 1st Street) |

Plaintiff Julie Dermansky ("Plaintiff") and Defendant The Young Turks, Inc. ("TYT" and together with Plaintiff, the "Parties") by and through their respective counsel of record, enter into this Joint Stipulation based on the following facts:

1. Plaintiff filed her Complaint on March 17, 2022.  TYT filed its Motion to Partially Dismiss the Complaint and to Transfer Venue to the Central District of California on May 16, 2022 (Dkt. 10), which motion was fully briefed by June 21, 2022.

2. On July 5, 2023, the District Court for the District of Delaware granted TYT's Motion to Transfer Venue to the Central District of California, and

denied TYT's Motion to Dismiss "as moot without prejudice to refile once this case is transferred to the Central District of California." Dkt. 41.

3. On July 26, 2023, the docket arrived in the Central District of California. Dkt. 42.

4. On August 3, 2023, the Parties met and conferred by videoconference to discuss the Rule 26 Report, the briefing schedule for TYT's anticipated Motion to Dismiss, and the Mandatory Scheduling Conference, currently set for August 25, 2023. *See* Dkt. 44.

5. During that videoconference, counsel for Plaintiff indicated their intent to amend the Complaint as a matter of right. The Parties agree that Plaintiff shall have up to and including August 11, 2023, to file her First Amended Complaint.

6. The Parties further agree that, subject to Court approval, TYT shall have up to and including September 8, 2023, to move, answer, or otherwise respond to Plaintiff's First Amended Complaint. In the event that TYT responds to the First Amended Complaint with a filing other than an answer, the Parties stipulated and agree that Plaintiff shall have until **September 29, 2023** to oppose TYT's initial response, and that TYT shall have until **October 6, 2023** to file any reply to Plaintiff's opposition.

7. The Parties further agree to continue the Mandatory Scheduling Conference ("MSC") to **September 22, 2023**, or as soon thereafter as is convenient for the Court.

8. Good cause exists for a continuance. David Leichtman, lead counsel for Plaintiff, will be out of the country on August 25, 2023 on pre-planned travel. A continuance allows lead counsel for both Parties to appear at the MSC pursuant to the Court's Standing Order, ¶ 1.b. Such continuance will not affect any other deadlines, and the Parties will regardless be prepared to submit the Joint Rule 26(f)

Report on the original due date in accordance with the Court's Mandatory Scheduling Conference Order.

Therefore, IT IS HEREBY STIPULATED that, upon approval of the Court:

1. The Mandatory Scheduling Conference is continued to **September 22, 2023**, or as soon thereafter as is convenient for the Court;
2. Plaintiff shall file her First Amended Complaint ("FAC") on or before **August 11, 2023**;
3. TYT shall have until **September 8, 2023**, to respond to the FAC;
4. In the event that TYT's response is anything other than an answer, Plaintiff shall have until **September 29, 2023** to oppose TYT's initial response; and
5. TYT shall have until **October 6, 2023** to reply to Plaintiff's opposition.

DATED: August 10, 2023         MITCHELL SILBERBERG & KNUPP LLP

By:  /s/ Bradley J. Mullins
     Bradley J. Mullins
     Alexandra Anfuso
     Attorneys for Defendant
     The Young Turks, Inc.

LEICHTMAN LAW PLLC

By:  /s/ David Leichtman
     David Leichtman
     Shane Wax

GODWIN PLLC

By:  /s/ Harold McDougal IV
     Harold McDougal IV

     Attorneys for Plaintiff, Julie Dermansky

**Attestation Regarding Signatures**

I, Bradley J. Mullins, am the filer of the foregoing **JOINT STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE, AND TO SET A BRIEFING SCHEDULE**, and attest that pursuant to L.R. 5-4.3.4 (a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and that I have obtained authorization to file this document with all "/s/" electronic signatures appearing within the foregoing document.

By: /s/ Bradley J. Mullins
Bradley J. Mullins