UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DERMANSKY,<br><br>    Plaintiff,<br><br>v.<br><br>THE YOUNG TURKS, INC.,<br><br>    Defendant. | Case No. 2:23-cv-05868-SB-SK<br><br>ORDER DENYING REQUEST TO RESCHEDULE AUGUST 25 MANDATORY SCHEDULING CONFERENCE AND DIRECTING THE PARTIES TO CORRECTLY DESIGNATE LEAD COUNSEL ON THE DOCKET |

    The parties have requested that the Court continue the mandatory scheduling conference (MSC) for approximately one month to September 22, 2023, which is over six months after the complaint was filed in this case, because "lead counsel" for Plaintiff, David Leichtman, is unavailable on August 25.[1]  The Court denies the request but will allow Plaintiff to have another one of her lawyers attend the MSC instead.  Counsel appearing shall be prepared to address all issues in the joint status report, the procedural history, and the anticipated progress in the case.

    IT IS SO ORDERED.

Date: August 13, 2023

                                          Stanley Blumenfeld, Jr.
                                          United States District Judge

---

[1] David Leichtman is not designated lead counsel on the docket.  The docket indicates that David E. Wilks serves in that role.  For its part, Defendant has not designated lead counsel.  By no later than August 18, 2023, each party is directed to correct the docket to designate the lawyer serving as lead counsel.