UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-05868-SB-SK | Date: | November 3, 2023 |
|---|---|---|---|

| Title: | *Julie Dermansky v. The Young Turks, Inc.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| Bradley J. Mullins | David Leichtman |
| | Harold A. McDougall, IV |

**Proceedings:** [Minutes of] Defendant's Motion to Partially Dismiss Plaintiff's First Amended Complaint (Dkt. No. 75) (Held and Completed)

Case called and appearances made. The Court heard argument on the Court's tentative ruling. The Court takes the matter under submission.

:13