JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DERMANSKY,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE YOUNG TURKS, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 2:23-cv-05868-SB-SK<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

The Court has considered the parties' joint stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is DISMISSED WITH PREJUDICE.

Dated: January 4, 2024

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge

1